IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL SOBRANTE DEVELOPMENT, L.L.C, et al.,<br>                Plaintiffs,<br>    v.<br>NATIONAL ASSURANCE GROUP, INC., et al.,<br>                Defendants. | 1: 08-CV-0455 AWI DLB<br><br>ORDER VACATING APRIL 3, 2008 HEARING DATE AND DENYING MOTION FOR TEMPORARY RESTRAINING ORDER WITH NOTICE AND/OR A PRELIMINARY INJUNCTION<br><br>(Document #4) |

      On March 31, 2008, Plaintiffs filed a complaint and an ex parte motion for a temporary restraining order *without* notice to Defendants.  The motion for a temporary restraining order alleged that Defendants have incorrectly found Plaintiffs in default on loans secured by Plaintiffs' property.  The motion alleged that Defendants have set a trustee's sale on Plaintiffs' property for Friday, April 4, 2008.  Through their ex parte motion for a temporary restraining *without* notice, Plaintiffs sought an order to stop this sale.

      At 4:00 p.m. on March 31, 2008, the court denied Plaintiffs' ex parte motion for a temporary restraining order *without* notice to Defendants because Plaintiffs had not shown that immediate and irreparable injury, loss, or damage would result before Defendants could be

heard in opposition as required by Rule 65(b) of Federal Rules of Civil Procedure and Local Rule 65-231(c)(7).  In the interests of justice, the court also construed Plaintiffs' ex parte motion for a temporary restraining order *without* notice as a motion for a temporary restraining order *with* notice and/or a motion for a preliminary injunction.   To allow for notice and a hearing before the scheduled sale, the court set forth an expedited briefing schedule, by which Plaintiffs were required to serve Defendants with all relevant documents, including the complaint, Plaintiffs' motion, and the court's order, by 9:00 a.m. on Tuesday, April 1, 2008.   The court ordered that Defendants could file any opposition to Plaintiffs' motion by 10:00 a.m. on Wednesday, April 2, 2008 and that Plaintiffs could file any reply by 3:00 p.m. on Wednesday, April 2, 2008.

It is now past 3:00 p.m. on Wednesday, April 2, 2008.  Defendants have not filed an opposition brief, and Plaintiffs have not filed a reply brief.  Plaintiffs have not filed any evidence that Defendants have been given notice of the motion for a temporary restraining order *with* notice and/or a motion for a preliminary injunction.   In addition, Plaintiffs have not contacted the court and provided any other information.

As explained in more detail in the court's March 31, 2008 order, Rule 65(c) of the Federal Rules of Civil Procedure and Local Rule 65-231(c)(7) clearly state that the court can only grant a temporary restraining order *without* notice to an adverse party if it clearly appears from specific facts,  shown by affidavit or verified complaint, that immediate and irreparable injury, loss, or damage will result before the adverse party is heard in opposition.   Plaintiffs have failed to show why Defendants cannot have some, albeit short, notice of Plaintiffs' motion.   Nothing has changed since the court's March 31, 2008 order because the court has before it no new argument or evidence.   Thus, to the extent a motion for a temporary restraining order *with* notice and/or motion for a preliminary injunction was before the court, it must be denied.

Accordingly, the court ORDERS that:

    1.    Plaintiffs' motion for a temporary restraining order *with* notice to Defendants and/or a preliminary injunction is DENIED;

2. The hearing currently set on Plaintiffs' motion for a temporary restraining order *with* notice to Defendants and/or a preliminary injunction set for 3:00 p.m. on Thursday, April 3, 2008 is VACATED.

IT IS SO ORDERED.

Dated:   **April 2, 2008**                          **/s/ Anthony W. Ishii**
                                                    UNITED STATES DISTRICT JUDGE