1

2

3

4

5

6

7

8

9

10

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EL SOBRANTE DEVELOPMENT, L.L.C, et al.,** ) | **1: 08-CV-0455 AWI DLB** |
| **Plaintiff**, ) | |
| ) | **ORDER VACATING HEARING AND** |
| ) | **TAKING MATTER UNDER** |
| **v.** ) | **SUBMISSION** |
| ) | |
| **NATIONAL ASSURANCE GROUP,** ) | |
| **INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

Currently pending before this Court is Plaintiffs' motion for settlement approval. This motion is set for hearing on October 26, 2009, at 1:30 p.m. The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 26, 2009, is VACATED, and the parties shall not appear at that time. As of October 26, 2009, the Court will take Plaintiffs' motion under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    **October 21, 2009**              _____/s/ Anthony W. Ishii_____
                                              CHIEF UNITED STATES DISTRICT JUDGE