IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL SOBRANTE DEVELOPMENT, L.L.C, et al.,<br>          Plaintiff,<br>v.<br>NATIONAL ASSURANCE GROUP, INC., et al.,<br>          Defendants. | 1: 08-CV-0455 AWI DLB<br><br>**ORDER ON PLAINTIFFS' REQUEST TO DISMISS DEFENDANTS INTEGRA INVESTMENT CO., PAMELA WINETROUT, C.A. WINTROUT III, and JACK LOUIE**<br><br>(Doc. No. 62) |

      On October 27, 2009, Plaintiffs filed a request to dismiss the "Oregon Defendants" without prejudice. See Court Docket Doc. No. 62. The Oregon Defendants are Integra Investment Co., Pamela Wintetrout, Jack Louie, and C.A. Winetrout, III. The Oregon Defendants have not filed an answer, but are (and have been) in active negotiations with Plaintiffs. See id. at Nos. 51, 55, 63. Plaintiffs' counsel wishes to dismiss the claims against the Oregon Defendants because there are on-going negotiations about issues that are unrelated to this case and counsel wishes to avoid confusion and the possible filing of an unrelated counterclaim. See id. at Doc. No. 63.

      On October 28, 2009, this Court signed an order that granted Plaintiffs' motion for good faith settlement with the "Winter Defendants." See id. at Doc. No. 66. Defendants Pamela Blair and JLS Investments, LLC were previously dismissed and an entry of default has been made

against Defendant Andrew Geiss. See id. at Nos. 40, 43, 57.

In light of the settlement with the Winter Defendants and the non-appearance to date of the Oregon Defendants, the Court sees no reason to refuse Plaintiffs' requested dismissal. See Fed. R. Civ. Pro. 41(a). With the dismissal of the Oregon Defendants, the only remaining claims/issues in the case will be in relation to Defendant Andrew Geiss.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs Request to Dismiss is GRANTED and Defendants Integra Investment Co., Jack Louie, Pamela Winetrout, and C.A. Winetrout, III are DISMISSED without prejudice from this case.

IT IS SO ORDERED.

**Dated:   October 28, 2009**                     /s/ **Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE