IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL SOBRANTE DEVELOPMENT, L.L.C, et al., <br>              Plaintiff, <br> v. <br> NATIONAL ASSURANCE GROUP, INC., et al., <br>              Defendants. | 1: 08-CV-0455 AWI DLB <br><br> ORDER ON PLAINTIFFS' REQUEST TO DISMISS DEFENDANTS NATIONAL ASSURANCE GROUP, INC., WESTERN CHRISTIAN FOUNDATION, NATIONAL ASSET GUARANTY CORP., WINRIDGE, INC., PAUL WINTER, MICHAEL WINTER, and NATIONAL FORECLOSURE SERVICE <br><br> (Doc. No. 70) |

The "Oregon Defendants," Pamela Blair, and JLS Investments have all been dismissed. See Court's Docket Doc. Nos. 36, 57, 67. An entry of default has been entered against Defendant Andrew Geiss. See id. at Doc. No. 43. On October 28, 2009, this Court granted Plaintiffs' motion for a determination of good faith settlement. See id. at Doc. No. 66. The settlement was between Plaintiffs and "the Winter Defendants." The settlement provided that, upon a finding that the settlement was made in good faith, the Plaintiffs would move to dismiss the claims against the Winter Defendants with prejudice. See id. at p.3 n.1. Due to the settlement and the Court's order finding that the settlement was made in good faith, Plaintiffs now request that the Court dismiss the Winter Defendants. See id. at Doc. No. 70. In light of the

settlement agreement and this Court's order finding good faith, the Court will grant Plaintiffs' requested dismissal with prejudice. See Fed. R. Civ. Pro. 41(a)(2).

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' request for dismissal is GRANTED and Defendants National Assurance Group, Inc., Western Christian Foundation, National Asset Guaranty Corp., Winridge, Inc., Paul Winter, Michael Winter, and National Foreclosure Service are DISMISSED with prejudice from this case.

IT IS SO ORDERED.

**Dated:     November 9, 2009**                             /s/ Anthony W. Ishii
                                                                         CHIEF UNITED STATES DISTRICT JUDGE