IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EL SOBRANTE DEVELOPMENT, L.L.C, et al., | ) ) | 1: 08-CV-0455 AWI DLB |
| Plaintiff, | ) ) | ORDER TO SHOW CAUSE |
| v. | ) ) | |
| NATIONAL ASSURANCE GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

   This case was filed on March 31, 2008. Through various motions and agreements, the only defendant who has yet to be terminated is Andrew P. Geiss. Plaintiffs obtained entry of default against Geiss on October 30, 2008. Despite the lapse of nearly a year and a half, Plaintiffs have done nothing regarding Geiss in this Court. On November 13, 2009, Plaintiffs' counsel indicated that he would be applying for judgment against Geiss within thirty days. <u>See</u> Court's Docket Doc. No. 73. Well more than 30 days have lapsed, yet Plaintiffs have not applied for judgment. In fact, it has been nearly five months since the last filing in this case. Given the state of the docket and the lapse in activity by Plaintiffs, the Court believes that Plaintiffs should show cause in writing why this case should not be dismissed for lack of prosecution.

   Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall show cause in writing on or by 2:00 p.m. April 21, 2010 why this case should not be dismissed for lack of prosecution.
IT IS SO ORDERED.

Dated:   April 6, 2010               /s/ Anthony W. Ishii
                        CHIEF UNITED STATES DISTRICT JUDGE