**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EL SOBRANTE DEVELOPMENT, L.L.C., a California corporation; PATRICIA WALSH, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL ASSURANCE GROUP, a California corporation, WESTERN CHRISTIAN ASSOCIATION, a California corporation, et al.,<br><br>　　　　　Defendants. | NO. 1:08-CV-0455 AWI DLB<br><br>ORDER REFERRING PENDING MOTION FOR ENTRY OF CLERK'S JUDGMENT AND FOR ATTORNEYS' FEES TO MAGISTRATE JUDGE DENNIS L. BECK<br><br>ORDER VACATING JUNE 14, 2010 HEARING DATE |

　　　Plaintiffs have filed a motion for entry of Clerk's judgment and for attorneys' fees that they noticed for hearing before the undersigned for June 14, 2010, at 1:30 p.m..   The court finds that the pending motion should be referred to Magistrate Judge Dennis L. Beck pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 (c)(19) for the entry for Findings and Recommendations.

//

//

//

Accordingly, it is HEREBY ORDERED that:

1. The pending motion for entry of Clerk's judgement and for attorneys' fees is REFERRED to Magistrate Judge Dennis L. Beck;
2. The June 14, 2010 hearing before the undersigned is VACATED; and
3. If the Magistrate Judge believes a hearing is necessary on the referred motion, the Magistrate Judge will set a new hearing in due course.

IT IS SO ORDERED.

**Dated:** **May 26, 2010**           /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE

2