# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| EL SOBRANTE DEVELOPMENT, LLC et. al, | CASE NO. 1:09-cv-00455-AWI-SKO |
| Plaintiffs, | **ORDER CONTINUING SCHEDULING CONFERENCE** |
| v. | |
| ANDREW GEISS, | (Docket Nos. 102, 107) |
| Defendant. | |
| _____ / | |

On November 22, 2010, Plaintiffs El Sobrante Development, LLC, Patricia Walsh, Dana Walsh, Deborah Walsh, Lora Walsh, Sean Walsh, Timothy Walsh, and William Walsh ("Plaintiffs") filed an "ex parte application to modify and continue the mandatory scheduling conference." (Doc. 102.) A continuance of the mandatory scheduling conference set for December 2, 2010, is requested because Defendant Andrew Geiss is scheduled to undergo surgery, and additional fact development is necessary for the parties to develop a discovery plan and pursue settlement negotiations.

On November 24, 2010, Defendant Andrew Geiss filed a response to Plaintiffs' ex parte application concurring in the request for a 60-day continuance of the mandatory scheduling conference. (Doc. 107.)

Accordingly, the Court will GRANT the parties' request to continue the mandatory scheduling conference until **February 3, 2011, at 9:30 a.m. in Courtroom 8** of the above entitled Court.

IT IS SO ORDERED.

**Dated:   November 29, 2010**                             /s/ Sheila K. Oberto
                                                                                       UNITED STATES MAGISTRATE JUDGE