# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| EL SOBRANTE DEVELOPMENT, et.al., | CASE NO. 1:08-cv-00455 AWI SKO |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AND ORDER RESETTING MANDATORY SCHEDULING CONFERENCE** |
| ANDREW P. GEISS, | |
| Defendant. _____/ | |

On November 30, 2010, the Court issued an Order continuing the Mandatory Scheduling Conference in this case to February 3, 2011, at 9:30 a.m. (Doc. 109). On January 27, 2011, the parties timely filed a Joint Scheduling Report. Defense counsel appeared telephonically on February 3, 2011, at the scheduled time; however, there was no appearance on behalf of Plaintiffs.

Accordingly, it is ORDERED THAT Plaintiffs' counsel shall personally appear on **February 17, 2011, at 9:45 a.m. in Courtroom 8 before Magistrate Judge Sheila K. Oberto,** and SHOW CAUSE why the Court should not impose sanctions under Local Rule 110 for failing to comply with an order of this Court.

The scheduling conference is RESET for February 17, 2011, following the hearing on the order to show cause. Defense counsel is permitted to appear telephonically. Prior to the scheduling conference, Plaintiffs are ordered to file a clean copy of the amended complaint filed on September 16, 2010 (Doc. 91), that does not include strike-outs.

IT IS SO ORDERED.

**Dated:    February 3, 2011**                  **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE

1